In the Matter of ETHEL ATKINS, Appellant, v. THOMAS ATKINS, Respondent.

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.